U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
AISHA MICHEL
        Plaintiff,
v.
VILLAGE OF SAUK VILLAGE, a municipal corporation, MAYOR DAVID HANKS, in his official capacity, OFFICER GARY LUKE, individually and in his official capacity, SAUK VILLAGE CHIEF OF POLICE, in his official capacity
        Defendants

Case Number:

16 CV 5390

Judge: Hon. Sara L. Ellis

Magistrate Judge Hon. Judge Sidney I. Schenkier.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officer Gary Luke

| | |
|---|---|
| NAME (Type or print) <br> Eydie R. Glassman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Eydie R. Glassman | |
| FIRM  Glassman Law Offices | |
| STREET ADDRESS 350 S. Northwest Hwy, Ste 300 | |
| CITY/STATE/ZIP Park Ridge IL 60068 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6277536 | TELEPHONE NUMBER 312.523.5299 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br><br> RETAINED COUNSEL                                       APPOINTED COUNSEL | |