# SHADES SERVICES, INC.
**Special Deliveries**
*www.shadespi.com*

Date: _____

## DELIVERY SIGNATURES

1. [signature]
Print Name: BROOKE TOLBERT HUSS    Date: JUNE 27, 2016

2. [signature: Sherry Josinski]
Print Name: Sherry Josinski    Date: 6-27-16

3. _____
Print Name:    Date:

4. _____
Print Name:    Date:

5. _____
Print Name:    Date:

6. _____
Print Name:    Date:

7. _____
Print Name:    Date:

8. _____
Print Name:    Date:

9. _____
Print Name:    Date:

10. _____
Print Name:    Date:

11. _____
Print Name:    Date:

12. _____
Print Name:    Date:

*Handwritten notes (right margin):* For Robert Kowalski and Gary Lutke — Director of Admin Ser. — Salk Village City Hall — For Mayor Hanks and Village Clerk Williams

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

AISHA MICHEL, as Mother and
Legal Guardian of Y.H., a Minor,

CASE NUMBER: 16-CV-05390

V.

ASSIGNED JUDGE: Judge Sara L. Ellis

Village of Sauk Village, a municipal corporation, Mayor David Hanks, in his official capacity, Officer Gary Luke, individually and in his official capacity, Sauk Village Chief of Police, in his official capacity

DESIGNATED
MAGISTRATE JUDGE: Judge Sidney I. Schenkier

TO: (Name and address of Defendant)

Mayor David Hanks
Village of Sauk Village
21801 Torrence Ave
Sauk Village, IL 60411

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel A. Dailey
JAMES D. MONTGOMERY AND ASSOCIATES, LTD.
One North Lasalle Street
Suite 2450
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

June 15, 2016
_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 27, 2016 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| David A. Jackson, II | Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: **Sherry Jasinski, Director of Admin. Ser. Village of Sauk Village**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | $75.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 27, 2016
Date

Signature of Server

1507 E. 53rd St., #122
Chicago, IL 60615

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

AISHA MICHEL, as Mother and
Legal Guardian of Y.H., a Minor,

CASE NUMBER: 16-CV-05390

V.

ASSIGNED JUDGE: Judge Sara L. Ellis

Village of Sauk Village, a municipal corporation, Mayor David Hanks, in his official capacity, Officer Gary Luke, individually and in his official capacity, Sauk Village Chief of Police, in his official capacity

DESIGNATED
MAGISTRATE JUDGE: Judge Sidney I. Schenkier

TO: (Name and address of Defendant)

Village of Sauk Village
c/o Village Clerk Debbie Williams
21801 Torrence Ave
Sauk Village, IL 60411

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel A. Dailey
JAMES D. MONTGOMERY AND ASSOCIATES, LTD.
One North Lasalle Street
Suite 2450
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



June 15, 2016

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 27, 2016 |
| NAME OF SERVER (PRINT) David A. Jackson, II | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Sherry Jasinski
Director of Admin. Ser.
Village of Sauk Village

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 0.00 | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 27, 2016
Date

Signature of Server

1507 E. 53rd St., #122
Chicago, IL 60615
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Aisha Michel, as mother and legal guardian of Y.H., a minor

V.

Village of Sauk Village, Mayor David Hanks, Officer Gary Luke, and Sauk Village Chief of Police

CASE NUMBER: 1:16-cv-05390

ASSIGNED JUDGE: Judge Sara L. Ellis

DESIGNATED MAGISTRATE JUDGE: Judge Sidney I. Schenkier

TO: (Name and address of Defendant)

Gary Luke
21701 Torrence Ave.
Sauk Village, IL-60411

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel A. Dailey
JAMES D. MONTGOMERY AND ASSOCIATES, LTD.
One North LaSalle Street
Suite 2450
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



May 20, 2016

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 27, 2016 |
| NAME OF SERVER *(PRINT)* David A. Jackson, II | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Brooke Tolbert Husse  Police Depart.  REcords Clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 27, 2016
               Date

Signature of Server
1507 E. 53rd St. #122
Chicago, IL 60615
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

AISHA MICHEL, as Mother and
Legal Guardian of Y.H., a Minor,

CASE NUMBER: 16-CV-05390

V.

ASSIGNED JUDGE: Judge Sara L. Ellis

Village of Sauk Village, a municipal corporation, Mayor David Hanks, in his official capacity, Officer Gary Luke, individually and in his official capacity, Sauk Village Chief of Police, in his official capacity

DESIGNATED
MAGISTRATE JUDGE: Judge Sidney I. Schenkier

TO: (Name and address of Defendant)

Sauk Village Chief Robert Kowalski
Village of Sauk Village
21701 Torrence Ave
Sauk Village, IL 60411

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel A. Dailey
JAMES D. MONTGOMERY AND ASSOCIATES, LTD.
One North Lasalle Street
Suite 2450
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



June 15, 2016

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 27, 2016 |
| NAME OF SERVER *(PRINT)* <br> David A. Jackson, II | TITLE <br> Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Brooke Tolbert Husse Police Depart. REcords Clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL <br> $0.00 | SERVICES <br> $75.00 | TOTAL <br> $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 27, 2016
              _____            *Signature of Server*
                    Date
                                        1507 E. 53rd St., #122
                                        Chicago, IL 60615

                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.