## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| AISHA MICHEL, as Mother and Legal Guardian of Y.H., a Minor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 16 CV 5390 ) ) |
| VILLAGE OF SAUK VILLAGE, a municipal corporation, MAYOR DAVID HANKS, in his official capacity, OFFICER GARY LUKE, individually and in his official capacity, SAUK VILLAGE CHIEF OF POLICE, in his official capacity, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF FILING

**To:** See attached Service List

PLEASE TAKE NOTICE that on July 19, 2016, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached JOINT INITIAL STATUS REPORT.

s/ Leslie Quade Kennedy

**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678
*lkennedy@odelsonsterk.com*

### PROOF OF SERVICE

I, Leslie Quade Kennedy, state that on July 19, 2016, I caused a copy of the foregoing document to be served on the above-mentioned party by e-filing with the United States District Court, Northern District, Eastern Division.

s/ Leslie Quade Kennedy

**Service List**

*Attorney for Plaintiff:*
Daniel A. Dailey
James D. Montgomery and Associates, Ltd.
One North LaSalle St., Suite 2450
Chicago, IL 60602


*Attorney for Defendant Officer Gary Luke:*
Eydie R. Glassman
Glassman Law Offices
350 S. Northwest Highway, Suite 300
Park Ridge, IL 60068
*eglassman@glassmanlawoffices.com*