IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Aisha Michel , Plaintiff(s), v. Village of Sauk Village et al, Defendant(s). | Case No. 16-cv-5390 Judge Sara L. Ellis |

## ORDER

(T 0:15) Status hearing held. Discovery schedule: 26(a) disclosures due by 8/31/16; written discovery to issue after 9/14/16; fact discovery closes on 3/15/17. Sauk Village Chief of Police is dismissed for the reasons stated in open court. Parties report that Defendants' responsive pleading is due on 8/16/16 and will be answer and partial motion to dismiss. Briefing schedule on mtn to dismiss: Plaintiff's response is due by 8/30/16; and Defendant's reply is due by 9/6/16. Next status date set for 12/13/16 at 9:30 AM for ruling on motion to dismiss.

Date: 7/26/2016

/s/ Sara L. Ellis
U.S. District Court Judge