IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **AISHA MICHEL**, as Mother and Legal Guardian of Y.H., a Minor, | * * * | |
| *Plaintiff,* | * | No.16-cv-05390 |
| v. | * * | |
| **VILLAGE OF SAUK VILLAGE**, a municipal corporation, MAYOR DAVID HANKS, in his official capacity, OFFICER GARY LUKE, individually and in his official capacity, **SAUK VILLAGE CHIEF OF POLICE**, in his official capacity | * * * * * * * | Judge Sara L. Ellis Judge Sidney I. Schenkier |
| *Defendants.* | * | |

## NOTICE OF PRESENTMENT OF MOTION

TO:   Village of Sauk Village et al.,

**PLEASE TAKE NOTICE** that on this day **Tuesday, September 20, 2016 at 9:45 am** Plaintiff plans to appear before the Honorable Sara L. Ellis to present a Motion for Entry of Order to Preserve All Evidence. In accordance with Local Rule 5.3 a copy of this document is herewith served upon you.

Respectfully submitted,

By: /s/ Daniel A. Dailey
    Daniel A. Dailey
    Attorney for Plaintiffs

James D. Montgomery & Associates
One North LaSalle Street
Suite 2450
Chicago, Illinois  60602
(312) 977-0200
ddailey@jdmlaw.com