IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **AISHA MICHEL**, as Mother and Legal Guardian of Y.H., a Minor, | * * * | |
| *Plaintiff,* | * | No.16-cv-05390 |
| v. | * * | |
| **VILLAGE OF SAUK VILLAGE**, a Municipal Corporation, and Officer **GARY LUKE**, | * * | Judge Sara L. Ellis |
| | * | Judge Sidney I. Schenkier |
| *Defendants.* | * | |

*Unopposed* **Motion for Extension of Time to File Plaintiff's Response
to
Defendants' Motion to Bifurcate
Plaintiff's *Monell* Claim, Postpone Trial, and Stay Discovery**

Now comes, Aisha Michel, on behalf of Y.H., requesting an extension of time to file her Response to Defendants, Village of Sauk Village, and Officer Gary Luke's (collectively "Defendants") Motion to Bifurcate *Monell* Claim, Postpone Trial, and Stay Discovery on Plaintiff's *Monell* Claim (Defs.' Mtn. Dkt. #16).

1. Plaintiff is requesting her first extension of time to file a Response to Defendants' Motion to Bifurcate *Monell* Claim, Postpone Trial and Stay Discovery. Plaintiff's Counsel had an unforeseen emergency and informed Defendants of a need for extension.

2. Defendants do not oppose the extension of time and the parties agree to the following:
   **Plaintiff to file her Response by September 22, 2016.**
   **Defendants to file their Reply by October 13, 2016.**

**WHEREFORE**, Plaintiff prays this Court grant this motion for extension of time to file her Response to Defendants' Motion to Bifurcate the *Monell* claim, Postpone Trial and Stay Discovery.

Dated:  September 15, 2016				Signed By:  /s/ Daniel A. Dailey


					Daniel A. Dailey
					ddailey@jdmlaw.com
					**James D. Montgomery and Associates, Ltd.**
					1 N. LaSalle, Suite 2450
					Chicago, IL  60602
					P: (312) 977-0200
					F: (312) 977-0209

## CERTIFICATE OF SERVICE

      I hereby certify that on this day I served the above **Plaintiff's Motion for Extension of time to Defendants' Motion to Bifurcate Plaintiff's** *Monell* **Claim and Stay Discovery** on all parties by electronic mail and U.S. mail via the U.S.P.S..

Dated: September 15, 2016      /s/ Daniel A. Dailey
      Daniel A. Dailey

**Via Electronic Mail and U.S.P.S.:**      eglassman@glassmanlawoffices.com
Eydie Glassman
Glassman Law Offices
Park Ridge Plaza
350 S. Northwest Highway, Suite 350
Park Ridge, IL 60068

lkennedy@odelsonsterk.com
Leslie Kennedy
Odelson & Sterk, Ltd.
3318 W. 95th Street
Evergreen Park, IL 60805