ISSUE 80 — In This Issue — Page 1

**Sauk Village Hall**
**21801 Torrence Ave.**
**Sauk Village, IL 60411**
**708-758-3330**

Mayor News
What's Happening
911 information

Welcome bios
Senior News
Neighborhood Watch News

Issue 80
Sept 2015
Volume XI

*Sauk Talk*

## Mayor's Corner — Mayor David Hanks

In this issue, I would like to provide residents with an update on first quarter financials and Police Taser weapons liability.

**First Quarter Financials**

The chart below provides a summary for each Fund and expenditures during the first quarter. All funds received a GREEN light except the Water Fund which received a YELLOW light for spending 36.9% of its budget within the first quarter. As Mayor, I will continue to monitor the Water Fund with the Village Administrator, Financial Director and Public Works Director.

### Total Budget

| Fund | Status | Details |
|---|---|---|
| General Fund | GREEN | • General Fund expenditures were $1.1 mil vs. a budget of $6.4 mil<br>• 17.1% of budget in the FY-Q1<br>• General Fund Cover<br>  o Administration<br>  o Elected Officials<br>  o Public Grounds & Building<br>  o Police Department<br>  o Community development<br>  o ESDA<br>  o Streets<br>  o Parks and Playgrounds |
| Water Fund | Yellow | • Water Fund expenditures were $780,440.00 vs. a budget of $2.1 mil<br>• 36.9% of budget in the FY-Q1 |
| Fire Fund | GREEN | • Fire Fund expenditures were $117,516.00 vs. a budget of $562,000.00<br>• 20.9% of budget in the FY-Q1 |
| Sewer Fund | GREEN | • Sewer Fund expenditures were $137,245.00 vs. a budget of $732,058.00<br>• 18.7% of budget in the FY-Q1 |

**EXHIBIT A**

## Mayor's Article Continued

**POLICE - TASER WEAPONS & LIABILITY**

In October of 2014, the former Police Chief made an "on-line" purchase of 25 Taser Weapons for the Sauk Village Police Department. In July of 2015, an Officer used one of those weapons to Taser an offender. Several weeks later the Village received a pending lawsuit request from an Attorney representing the offender.

In August of 2015, our Village Administrator learned that neither the former Chief nor his Deputy Chief had developed policies authorizing the use of Taser weapons for our Officers. After conferring with the Village's Risk Insurance Company, they recommended the Village discontinue the use of Taser Weapons until a policy could be created. They added that policies protect not only the Village but our Officers as well.

Due to the findings, I regretfully ordered the Taser Weapons removed from use. I also instructed our attorneys to immediately have a Taser policy put in place; five days later on August 25th that happened. However, the Village is not out of the woods yet. Almost <u>all</u> of the Police Departments General Orders have not been updated since 2005.

It is clear that the former Police Chief and the former Deputy Police Chief have been remiss in their responsibilities to the Village and our Officers. I take this personally because of the job our Officers must face on a daily basis. We live in difficult times and everyone, not just our front line people, must do their part.

A comprehensive study of the Police Department's policies is under review and Sauk Village has hired a new Police Chief, Robert Kowalski. Chief Kowalski, who retired from the FBI as Supervising Special Agent, will be tasked with reviewing and updating police department policies and training and insuring that effective community relations co-exist between our residents and our Officers.

I support our Police Officers and the difficult job they do - as I support all of our employees; however I will never support any person who through their negligence places our Village and employees at risk.

Mayor David A. Hanks

Mark your calendars **"Meet the Mayor"**
When: Second Saturday of each month
Time: 9-11am at Village Hall

## Senior News
### Rose Langston

New members were appointed based on the history of their dedicated senior committee and village volunteerism. On August 13, 2015 the new Senior Committee began restructuring the committee with the election of officers: Rose Ketcham, vice chair (the mayor previously appointed Rose Langston, chair); Barbara Stearns, secretary; Floyd Morgan, treasurer; and Steve Shymkus, sergeant at arms. Appointed to coordinate the 2nd and 4th Friday SV Open Senior Activity were Frank Williams and Steve Shymkus. The following day, Lester Meeks was appointed to coordinate the Paperback Book Program. In the coming months, the policy and rental agreements will be reviewed and updated to reflect the restructured committee.

The new Senior Committee is preparing for our 12th Annual Senior Citizens Spaghetti Dinner on Saturday, October 10, 2015 from 1:00 to 4:00 p.m. Dinner includes Spaghetti with Meat Sauce, Salad, Bread & Butter, Dessert and Coffee (bottled water and pop available for purchase). All you can eat spaghetti. Music by The Morgan Family and Larry Long with Line Dance Instructor by Flora Haynes. There will be Door Prizes and a 50/50 Raffle drawing. Advanced ticket donations $5.00 ($6.00 at the door) are available from committee members and at Village Hall.

Many thanks to the other applicants, who were not appointed to serve on the committee, may your talents be utilized on other village committees. To our former committee members – Gary Holcomb, Bob Ketcham, Delores Randall, Beverly Sterrett and Larry Stewart – Thanks for the Difference You've Made. Although Gary, Bob Delores, Larry and Beverly are no longer on the committee – your continuing support of the committee's events and programs are greatly appreciated.

'When you volunteer it means you give of yourself without any regression, without condition, but with full devotion' (author unknown).

**EXHIBIT A**

# Welcome

## Village Administrator/ Public Safety Director JW Fairman, Jr.

Mr. Fairman has more than thirty years of hands-on Public Safety experience as a Bureau Chief responsible for managing budgets of more than $150 million under the auspices of the President of Cook County Board of Commissioners. His experience includes- Executive Director of the Cook County Department of Corrections (Adult Detention) for Cook County Sheriff. He has also served as a corrections executive in Illinois, California and Iraq. Mr. Fairman has conducted numerous audits of governmental facilities and in addition provided oversight to those facilities.

During his tenure at Cook County Department of Corrections, he opened new facilities, developed an Audit and Compliance Unit, Legal Office with 4 attorneys which were charged with ensuring that each facility was in compliance with departmental and sheriff's general orders as well as state, county and federal laws.

Mr. Fairman has served as an Auditor for the American Correctional Association and was selected to serve as Vice Chair of the Health Services Committee because of his vast experience in correctional health care in prisons and jails. He was selected by the University of California at San Diego's Medical School Psychiatrics Department to be the Vice Chair of the "Forensic Addiction Certification Board'.

For 2 years, Mr. Fairman monitored an Immigration Detention Facility for its compliance with the US Department of Homeland Security, Immigration and Custom Enforcement Division rules and regulations. In Iraq, he advised, trained and mentored an Iraqi General on ways to develop, build and manage that country's Prison System.

Mr. Fairman's education includes receiving a Bachelor of Science degree from Hardin Simmons University, Master of Science degree from Chicago State University and completion of a program for "State and Local Governmental Managers" from John F. Kennedy School of Government, Harvard University.

## Chief of Police Robert Kowalski

My name is Robert J. Kowalski. I am 58 years old and was born and raised in a single-parent household in Chicago, IL. I have been married for 28 years to Leisa Kowalski and we have raised two sons, Adam and Matthew. Leisa has been a Neonatal Intensive Care RN for approximately 20 years and currently works at Mercy Hospital in Chicago, IL. Our oldest son, Adam, is a 1st Lieutenant with the Illinois Army National Guard and is completing his helicopter pilot training. Our youngest son, Matt, is a junior at Downers Grove South High School and is active on the Varsity football team. We have lived in Darien, IL for 17 years.

I graduated from Quigley North Preparatory High School and received my Bachelor of Science in Psychology from Niles College of Loyola University. I obtained my Master's Degree in Criminal Social Justice from Lewis University and am also a graduate of the FBI Training Academy in Quantico, VA.

I have been involved in Law Enforcement for 35 years. I started my career as a Patrolman with the Village of Forest Park, IL and worked there for 9 ½ years. I resigned from Forest Park Police Department after being selected as a Special Agent with the Federal Bureau of Investigation. After completing my FBI training in Quantico, VA, I was assigned to various FBI offices in Indiana and Illinois. I retired from the FBI in 2010, after 30 years in law enforcement. At this time I took a position in the private sector as the National Director of Security for Career Education Corporation for 3 ½ years. My desire to return to a career in law enforcement led me to a brief position as Chief of Security with the Department of Homeland Security in Dupage County. In 2014, I accepted a position as Director of Public Safety and Security for the Cook County Health and Hospital System. Most recently, I have accepted the position as Chief of Police in Sauk Village, IL. My official start of duty date is September 14, 2015.

I am looking forward to serving the community of Sauk Village, Illinois and being proactive in leading the men and women of the Sauk Village Police Department. I am very proud of my career in law enforcement and honored to have been chosen as your Chief of Police. I believe, through a cooperative effort, we can make a difference leading to a brighter future for all.

*Sauk Talk* is Produced by volunteers of the Public Relations Committee of Sauk Village, Rosie Williams Trustee/Composer and Staff Members Nanette Wargo and Debbie Williams. With special appreciation for technical support provided by Colleen Baughman. Suggestions should be directed to the Village Hall at 708-758-3330 or emailed to sauktalk@saukvill...

EXHIBIT A

# WHAT'S HAPPENING IN SAUK VILLAGE???
By Debbie Williams

  

**October 3rd- Sauk Village Fire Association- Mostaccioli Dinner** 4pm-8pm at the Fire Station located at 1804 222nd Street. Cost $6.00 adults/ $4.00 per child.

**October 10th-Senior Spaghetti Dinner-** 1pm-4pm in the Senior Center. Cost $5.00 in advance/ $6.00 at the door.

**November 5th- 3rd Annual Sauk Village Resource Fair-** 3pm-8pm at the Village Hall. Many valuable resources to share with residents. More information to follow closer to the event. Meet local officials, village staff and learn about our new 911 dispatch center.

**Registration ongoing for:**
**Free Rain Barrels** (up to 4)- Courtesy of the Metropolitan Water Reclamation District. Available in Terra Cotta, Blue, Gray and Black.

**Memorial Bricks** to be placed in the Veteran's Memorial walkway. Memorialize that special veteran. Cost $40.00 per brick.

**NEW- Register Now**
**Free Smoke Detectors** installed by the American Red Cross in partnership with the Sauk Village Fire Department. To be installed September 26, 2015.

**Free Emergency Sticker Identification Program**-Allows Sauk Village Emergency Responders and our 911 Center to share the information that will assist authorized personnel to aid and assist residents in an emergency. (Shut ins, elderly, handicapped, etc…)- To begin October 1, 2015.

**Yard Waste Stickers-** Available for purchase at the Village Hall. Cost-$2.25 each
**Recycling- Blue bags-** Available for purchase at the Village Hall. Cost $1.50 /bundle

**Register for Free Sauk Village Email Alerts** and for more information log in to **www.saukvillage.org** or contact Village Clerk Debbie Williams. 708/753-5121

EXHIBIT A

### Sauk Village Joins CalComm 911 to Provide Better Services for Residents

For years Sauk Village has sought to overhaul its current 9-1-1 system however, due to the financial state of the village, upgrades to software were not purchased and employees were performing their duties on outdated computers and laptops that were at least 8 years old. Our current software is outdated and costs to bring it up to date forced us to examine alternative solutions. CalComm offered several incentives to aid in our transition to their PSAP. And due to recent changes to Illinois State law, Sauk Village would have been required to consolidate within the next 5 years to a PSAP supporting more than 25000 people, so the licensing and upgrades to our existing system were deemed too costly, if we would have to pay for another software system upon joining another PSAP.



The decision to move forward with joint dispatching was necessary as a cost savings that over the next 10 years will save the taxpayers approximately $5 million dollars and was not a reflection on the service provided by our employees. The dispatcher's bargaining unit was given the opportunity to meet or beat the cost of outsourcing, which they were unable to do. Dispatchers were provided with an outgoing severance package and offered jobs with the new dispatch center. We thank all of our former dispatchers for the years of service they provided to our residents



As of Tuesday, September 15, 2015, all 9-1-1 Emergency Calls for Sauk Village will transfer to the new state-of-the-art CalComm 9-1-1 Emergency Communications Center located at 12419 S. Ashland Avenue in Calumet Park.

Sauk Village will now have the latest technology that can handle large call volumes. CalComm is committed to responding quickly and efficiently to Sauk Village residents. The state-of-the-art technology will allow CalComm to fulfill that obligation faster and better. CalComm will operate as a Regional 9-1-1 Call Center for surrounding suburbs on a 24/7 basis. The technology is "first in class" and capable of providing "text to 9-1-1" in a growing, wireless society. New technology means a more seamless link between 9-1-1 dispatchers and public safety responders for improved response times.

In addition, CalComm will be providing the Emergency Identification Sticker Program—Sauk Village has implemented a program to allow Emergency Personnel and Emergency Dispatchers (911) access to information pertaining to anyone having a medical disability or special need. The information is based upon address and is cross-referenced by name. Information you provide may be useful to public safety personnel responding to a request for service within the village response a r e a . This sticker number will contain information regarding a



person's name, address, phone number, medical conditions, and medications, allergies to medications, special needs, and persons to contact in the event of an emergency. The sticker is available free of charge to any persons who reside in the village having a medical disability or special need. In the event of an emergency public safety personnel will contact the CalComm 911 center and provide the identification number contained on the sticker. In doing so, Police, Fire, or EMS will be notified of any listed medical conditions/special needs or contact information.

**EXHIBIT A**

## Shared Services Survey Report
## Courtesy of Metropolitan Mayors Caucus (July 2015)
(The entire report is available online at www.saukvillage.org)

### Benefits of Joint Dispatching
- Fewer personnel hassles, employee issues, and ULP and collective bargaining complications
- Highly significant cost savings
- Greater overall operational efficiency and higher level of professional service
- Better, up-to-date technology
- Single point of duty for off-duty service calls
- Quicker aid response
- A large amount of administrative work saved directly related to recruiting, personnel management, record keeping, and supervising technical employees
- Avoid delays in calling for assistance with incidents too large to handle locally

### Cost Savings
Joint dispatching, instead of in-house dispatching centers, is one of the most cost-saving shared services out of all of those conducted; savings generally amount to hundreds of thousands per year
- Crete has saved approximately $250,000 per year over the last 16 years by joint dispatching
- Westchester saved $2.5 million in the first 5 years
- Grayslake saves an estimated $400,000 per year
- Countryside saved $900,000 over 5 years
- Wilmington saves approximately $400,000 per year
- Park Ridge saves over $650,000 per year
- Woodridge saves approximately $1.2 million per year

### Participating Municipalities
Addison, Bensenville, Bloomingdale, & DuPage Forest Preserve. /Addison, Bensenville, Itasca & Wood Dale
Aurora, Batavia, Geneva, North Aurora & St Charles /Bannockburn, Deerfield & Riverwoods
Beecher, Crete, Monee, Peotone, South Chicago Heights, Steger, & University Park
Bolingbrook, Braidwood, Channahon, Elwood, Plainfield & Wilmington
Calumet Park & Sauk Village
Des Plaines & Wheeling
East Hazel Crest, Lynwood & Thornton /Fox Lake Police, Lake Villa Fire Protection, Lake Villa Police & Lindenhurst
Glenview, Grayslake, Hainseville, Highwood, Highland Park, Lake Bluff, Lake Forest, Morton Grove, & Niles
Golf & Cook County / Hawthorn Woods, Island Lake, Kildeer & Lake Zurich
La Grange, La Grange Park, & Western Springs /Libertyville, Lincolnshire & Vernon Hills
Matteson, Olympia Fields, Park Forest & Richton Park
East Joliet Fire Protection District, Frankfort FPD, Mokena FPD & New Lenox FPD
Orland Hills Fire Protection District & Orland Park
Oswego & Kendall County /Prairie Grove & McHenry County /Spring Grove & McHenry County

### Joint Dispatching Centers*
**CenCom E9-1-1**: (11 localities)
**DU-COMM**: DuPage Public Safety Communications (41 localities)
**EASTCOM**: Eastern Will County Communications Center (11 localities)
**ECOM 9-1-1**: (6 localities)
**Tri-Com Central Dispatch:** (11 localities)
**NWCD**: Northwest Central Dispatch (12 localities)
    **QuadCom:** (9 localities)
    **Red Center:** MABAS Division 3 (14 localities)
    **SEECOM:** Southeast Emergency Communication Center (14 localities)
    **SWCD:** Southwest Central Dispatch (16 localities)



EXHIBIT A

## Fire Department
### Aaron Anderson

## Upcoming Events for the Sauk Village Fire Department

Fire Prevention week starts the week of October 5, 2015 and ends October 9th

We will be at the schools starting that Monday October 5th and climax on Friday October the 9th. Our Fire prevention week will start with an Open House Mostaccioli Dinner that will be on Saturday October 3rd from 4pm until 8pm at the station starting at 4pm

A save the Date flyer is also attached to this as well.

The Sauk Village Fire Association will also like to thank all that made our 8th Annual Golf Outing a success. Whether you were a sponsor or a golfer you are very much so appreciated. We thank you for your support and hope to see you all again next year.

Also the Fire Association along with the Police Association is selling raffle tickets again that will start and go through the whole month of November. See any member of both Departments for tickets. A donation of $5 is asked.




## Neighborhood Watch
### Trustee Lynda Washington-House


Greetings Citizens of Sauk Village!

I am proud to announce the Back to School Safety Rally & Free Book Bags Give Away was a tremendous success! I want to thank The Neighborhood Watch Committee, Residents for participating with our Tag Days, private and public donations. A special thank you to all the sponsors that donated school supplies. Finally, I salute our outstanding panel this year, Dr. Navarre, Superintendent of School District 206, Dr. Graham Principal of Bloom Trail High School, Sgt. Morris with the Sauk Village Police Dept, Mr. Jeremiah Johnson and Mrs. Patterson School District 168 in Dr. Leak's absence.

All the students that received the 250 FREE Book Bags were so excited to start school with a fresh start of having a new book bag and school supplies. We are looking for Block Club Captains on every block in Sauk Village. Our committee meets every 2nd Monday of the month at 7:00 p.m. at the Fire Station located at 1802 222nd Street across the street from Marathon Gas Station. You will receive an I. D. Badge and an opportunity to work with a dedicated group of residents committed to informing our neighbors of our Light Up The Neighborhood Campaign! We are entering into our Winter Program including our Jr. Neighborhood Watch Program. Encourage your Jr. and High School neighbors to get involved.

Keeping our residents informed of current stats with the crime in Sauk Village is one of our many reports. Your ideals to promote safety is welcomed at our meetings. Consider this a special invitation to talk to your neighbors and come to our next scheduled meeting. Working together means winning together! See YOU there!



**EXHIBIT A**



21801 Torrence Avenue
Sauk Village, IL 60411

Bulk Rate Mail
U.S. Postage PAID
Sauk Village, IL
Permit No. #346

# POSTAL CUSTOMER
# SAUK VILLAGE, IL 60411

## IMPORTANT NUMBERS

| | | | |
|---|---|---|---|
| EMERGENCY | 911 | SAUK VILLAGE HALL | 758-3330 |
| POLICE AND FIRE NON EMERGENCY | 758-1331 | SENIOR CENTER | 753-5141 |
| COMMUNITY CENTER | 758-4115 | BLOOM TOWNSHIP | 754-9400 |
| COOK COUNTY HEALTH DEPARTMENT | 210-4500 | RESPOND NOW EMERGENCY ASSISTANCE | 755-4357 |
| COMMONWEALTH EDISON | 1-800-334-7661 | NICOR | 1-888-642-6748 |
| REPUBLIC SERVICES DISPOSAL | 708-385-8252 | MCCONATHY PUBLIC LIBRARY | 757-4771 |

VISIT US ON THE WEB: WWW.SAUK VILLAGE.ORG

EXHIBIT A