# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| YOHON HARVEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 16 CV 5390 |
| ) | |
| VILLAGE OF SAUK VILLAGE, a municipal ) | Hon. Sara Ellis |
| corporation, OFFICER GARY LUKE, ) | |
| individually and in his official capacity, SAUK ) | TRIAL BY JURY |
| VILLAGE CHIEF OF POLICE, in his official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## JOINT MOTION FOR EXTENSION OF DISCOVERY SCHEDULE

NOW COME the parties, by and through their respective attorneys, and hereby jointly move this Honorable Court for an Extension of the current Discovery Schedule. In support their joint motion, the parties respectively state as follows:

1. On July 26, 2017, per the parties' Joint Initial Status Report (Docket No. 12), this Honorable Court set a discovery cutoff date of March 15, 2017. (Docket No. 14).

2. On August 25, 2017, this Honorable Court stayed all written discovery until September 14, 2016 and all *Monell* discovery was stated pending ruling on defendant, Sauk Village's motion to bifurcate. (Docket No. 30).

3. On October 3, 2016, this Honorable Court lifted the stay on *Monell* discovery with regard to Sauk Village's written policy.

4. On October 4, 2017, attorney Melvin Brooks appeared on behalf of plaintiff and plaintiff's prior attorney, Daniel A. Daily was terminated. (Docket 42).

5. The parties have since worked diligently in the matter, exchanging initial disclosures, written discovery and have provided discoverable information and materials in accordance with the status report.

6. Furthermore, records involving plaintiff's medical treatment on the date of the incident in question need to be subpoenaed and a motion for HIPPA Protective Order is filed with this motion concurrently.

7. The parties respectfully request that this Honorable Court extend the current discovery deadline up to and including June 15, 2017, to provide plaintiff's new counsel sufficient time to thoroughly review the matter and the parties sufficient time to complete discovery herein.

8. This is the parties first request for an extension.

9. The parties bring this motion in good faith and not for purposes of delay.

Respectfully submitted,

| | |
|---|---|
| Eydie R. Glassman<br>Law Offices of Michael Lee Tinaglia, Ltd.<br>444 N. Northwest Hwy, Ste 350<br>Park Ridge, IL 60068<br>eglassman@tinaglialaw.com | GARY LUKE<br><br>By: s/ Eydie R. Glassman<br>       One of his Attorneys |
| Michael J. McGrath<br>Leslie Quade Kennedy<br>Mary Louise Norwell<br>ODELSON & STERK, LTD.<br>3318 West 95th Street<br>Evergreen Park, IL 60805<br>(708) 424-5678<br>mmcgrath@odelsonsterk.com<br>lkennedy@odelsonsterk.com<br>mnorwell@odelsonsterk.com | VILLAGE OF SAUK VILLAGE<br><br>By: s/ Leslie Quade Kennedy (w/consent)<br>       One of its Attorneys |
| **Melvin L. Brooks**<br>James D. Montgomery and Associates, Ltd.<br>1 North LaSalle St.<br>Suite 2450<br>Chicago, IL 60601<br>(312)977-0200<br>Email: mbrooks@jdmlaw.com | YOHAN HARVEY<br><br>By: s/ Melvin Brooks (w/consent)<br>       One of his Attorneys |

# CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of the foregoing **Joint Motion for Extension of Discovery Schedule** was served on all counsel of record this 14th day of February, 2017 by submitting same via the court's CM/ECF system.

                                              *s/***Eydie R. Glassman**
                                              Attorney for Defendant Gary Luke

Eydie R. Glassman
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Hwy, Ste 350
Park Ridge, IL  60068
*eglassman@tinaglialaw.com*
(847) 692-0421
#6247536