# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| YOHON HARVEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16 CV 5390 |
| | ) | |
| VILLAGE OF SAUK VILLAGE, a municipal | ) | Hon. Sara Ellis |
| corporation, OFFICER GARY LUKE, individually | ) | |
| and in his official capacity, SAUK VILLAGE | ) | TRIAL BY JURY |
| CHIEF OF POLICE, in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:** See attached Service List

PLEASE TAKE NOTICE that on February 22, 2017, at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Sarah L. Ellis, or any judge sitting in her stead, in Room 1486 of the United States District Court, Northern District of Illinois, Eastern Division and then and there shall present the parties joint motion for extension of discovery schedule and the parties joint motion for HIPPA protective order, which is attached hereto.

                                                By:    s/ Eydie R. Glassman
                                                              Attorney for Gary Luke

## PROOF OF SERVICE

I, Eydie R. Glassman, state that on February 15, 2017, I caused a copy of the foregoing document to be served on the above-mentioned parties by e-filing this motion with the United States District Court, Northern District, Eastern Division.

                                                               s/ Eydie R. Glassman
                                                               Attorney for Gary Luke

Eydie R. Glassman
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Hwy, Ste. 350
Park Ridge IL 60068
(847) 692-0421
eglassman@tinaglialaw.com
#6277536

<u>Service List</u>

<u>Attorney for Plaintiff Michel:</u>
Melvin L. Brooks
James D. Montgomery and Associates, Ltd.
1 North LaSalle St.
Suite 2450
Chicago, IL 60601
(312)977-0200
Email: mbrooks@jdmlaw.com

<u>Attorneys for Defendant Sauk Village:</u>
Michael J. McGrath
Leslie Quade Kennedy
Mary Louise Norwell
Michael Kevin Smith
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, IL 60805
(708) 424-5678
mmcgrath@odelsonsterk.com
lkennedy@odelsonsterk.com
mnorwell@odelsonsterk.com
msmith@odelsonsterk.com