IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| YOHON HARVEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 16 CV 5390 |
| VILLAGE OF SAUK VILLAGE, a municipal corporation, OFFICER GARY LUKE, individually and in his official capacity | ) ) ) ) ) | Hon. Sara Ellis |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY SCHEDULE (UNOPPOSED)**

NOW COME the parties, by and through their respective attorneys, and hereby jointly move this Honorable Court for an Extension of the current Discovery Schedule. In support their joint motion, the parties respectively state as follows:

1. On February 22, 2017, this Honorable Court extended the discovery cutoff date of June 15, 2017. (Docket No. 54).

2. On March 28, 2017, this Honorable Court denied Defendant Sauk Village's Motion to Bifurcate which in turn ended the previously entered stay of *Monell* discovery. (Dockets No. 30 and 55).

3. The parties have since worked diligently in this matter, exchanging written *Monell* discovery. Plaintiff has requested an additional two weeks to answer/respond to written Monell discovery issued by Sauk Village on April 14, 2017.

4. Additionally, Plaintiff has alleged in its answers to Defendant Luke's interrogatories that a video of the incident was posted on Facebook, however, Plaintiff is not in possession of same requiring further investigation by the parties.

5. Moreover, Plaintiff has identified in its answers to Defendant Luke's interrogatories, 21 witnesses whom he alleged were present before, during, or immediately after the alleged incident whose depositions must be taken.

6. Additionally, Plaintiff has disclosed medical records of numerous treating physicians whose depositions will need to be taken.

7. Given the investigation required and the number of deponents, the parties bring this motion in good faith and not for purposes of delay.

8. Based upon the above, the parties respectfully request that the discovery closure date be extended until November 15, 2017.

WHEREFORE, the parties respectfully request that this motion *JOINT MOTION FOR EXTENSION OF DISCOVERY SCHEDULE* be granted.

                                                              Respectfully submitted,

| | |
|---|---|
| Leslie Quade Kennedy<br>**ODELSON & STERK, LTD.**<br>3318 West 95th Street<br>Evergreen Park, IL 60805<br>Phone: (708) 424-5678<br>Email: *lkennedy@odelsonsterk.com* | **VILLAGE OF SAUK VILLAGE**<br><br>By: *s/ Leslie Quade Kennedy*<br>     One of their Attorneys |
| Eydie R. Glassman<br>**Glassman Law Offices**<br>350 S. Northwest Highway, Suite 300<br>Park Ridge, IL 60068<br>Email: *glassman@glassmanlawoffices.com* | **GARY LUKE**<br><br>By: *s/ Eydie R. Glassman* |
| Melvin L. Brooks<br>*James. D. Montgomery & Associates, Ltd.*<br>1 North Lasalle St.<br>Suite 2450<br>Chicago, IL 60601<br>Email: *mbrooks@jdmlaw.com* | **YOHON HARVEY**<br><br>By: *s/ Melvin L. Brooks* |