IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOHON HARVEY, <br>        Plaintiff, <br><br> v. <br><br> VILLAGE OF SAUK VILLAGE, et al., <br>        Defendants. | No.  16 C 5390 |

**STIPULATION TO DISMISS PURSUANT TO SETTLEMENT**

  IT IS HEREBY STIPULATED AND AGREED by and between all parties to this action, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

/s/ John K. Kennedy
John K. Kennedy
James D. Montgomery & Assocs., Ltd.
One North LaSalle Street, Suite 2450
Chicago, IL  60602
(312) 977-0200
*Attorney for Plaintiff Yohon Harvey*

/s/ Leslie Q. Kennedy
Leslie Q. Kennedy
Odelson and Sterk, Ltd.
3318 W. 95th St.
Evergreen Park, IL  60406
*Attorney for Defendant Village of Sauk Village*

/s/ Eydie R. Vanderbosch
Eydie R. Vanderbosch
Law Offices of Michael Lee Tinaglia, Ltd.
444 Northwest Hwy., Suite 350
Park Ridge, IL  60068
*Attorney for Defendant Gary Luke*